# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHARLES HYDE                                                                PLAINTIFF
ADC #163835

V.                              NO: 1:17CV00017 BRW/PSH

MARVIN EVANS, *et al.*                                                      DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Charles Hyde filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on March 27, 2017 (Doc. No. 2). On May 8, 2017, Hyde moved to voluntarily dismiss his case to allow him time to exhaust certain administrative procedures (Doc. No. 14). Defendants filed a response on May 10, 2017, requesting that the case be dismissed with prejudice in order to conserve judicial resources (Doc. No. 16). Defendants argue that Hyde can no longer exhaust his administrative remedies with respect to the incident he complains of in this lawsuit. While that may be correct as a practical matter, the Court finds there is insufficient cause to dismiss this case with prejudice.

IT IS THEREFORE RECOMMENDED THAT Hyde's Motion to Dismiss (Doc. No. 14) be GRANTED, and his complaint (Doc. No. 2) be DISMISSED WITHOUT PREJUDICE.

DATED this 17th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE