IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHARLES HYDE                                                                                    PLAINTIFF
ADC #163835

VS.                                   No: 1:17CV00017 BRW/PSH

MARVIN EVANS, *et al.*                                                                       DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in their entirety.

Accordingly, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 12th day of June, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE