# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHARLES HYDE**                                                                     **PLAINTIFF**
**ADC #163835**

VS.                        No: 1:17CV00017 BRW/PSH

**MARVIN EVANS,** *et al.*                                         **DEFENDANTS**

## JUDGMENT

Based on the order entered today, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 12th day of June, 2017.

                                                       /s/ Billy Roy Wilson
                                                       UNITED STATES DISTRICT JUDGE